DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**U.S. BANK N.A., AS TRUSTEE F/B/O HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3,**
Appellant,

v.

**SANDRA HENRY** and **TAHARRA ASSETS 5545, INC.,**
Appellees.

No. 4D17-2324

[June 21, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE 17-2660 (11).

Nicholas Agnello, Erica Gomer, and Matt Mitchell of Burr & Forman LLP, Fort Lauderdale, for appellant.

Joseph J. Portuondo, Coral Gables, for appellee, Taharra Assets 5545, Inc.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***